# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-832
Lower Tribunal No. 2020CA-003555-0000-00

_____

CUT PRO CNC, INC.,

Appellant,

v.

E & M FABRICATION & SUPPLY, LLC,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Wayne M. Durden, Judge.

January 2, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and SMITH, JJ., concur.

Dineen Pashoukos Wasylik, of DPW Legal, Tampa, for Appellant.

John Marc Tamayo, of Campbell, Trohn, Tamayo & Aranda, P.A., Lakeland, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED